UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-2085

| | | |
|---|---|---|
| Mary Jane Greising | ) | |
| | ) | |
| v. | ) | DISQUALIFICATION ORDER |
| | ) | |
| Southern Minnesota Legal Services, Inc. | ) | |

The above-captioned case has been assigned to the undersigned. This Court disqualifies itself from hearing this matter, pursuant to 28 U.S.C. § 455. Accordingly, IT IS ORDERED that:

The Clerk of Court is directed to reassign this action pursuant to this Court's assignment of cases order, filed February 5, 1993.

Dated: September 27, 2000

JAMES M. ROSENBAUM
United States District Judge

SEP 27 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Please use

new case number

00-2085 MJD/JGL