UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 00-2085 (MJD/JGL)

MARY JANE GREISING,

Plaintiff,

ORDER

v.

SOUTHERN MINNESOTA LEGAL SERVICES, INC.,

Defendant.

Plaintiff filed a Complaint in the above-captioned matter on September 8, 2000. To date, there is no record that the Complaint has been served.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall file with the Court a proof of service of this Complaint no later than March 22, 2002. Plaintiff is cautioned that failure to comply with this Order may result in dismissal of this action for failure to prosecute under Rule 41(b), Fed.R.Civ.P.

Dated: February 22, 2002.

JONATHAN LEBEDOFF
United States Magistrate Judge

FEB 22 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK