UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 00-2085 (MJD/JGL)

MARY JANE GREISING,

Plaintiff,

v.

REPORT & RECOMMENDATION

SOUTHERN MINNESOTA LEGAL SERVICES, INC.,

Defendant.

The complaint in this case was filed on September 8, 2000. When no proof of service or answer was filed or other appearance made within the time required by the rules, the court issued an order on February 22, 2002, which by its terms required plaintiff to take certain action.

To date, plaintiff has not complied with the terms of that order.

Based upon the foregoing, IT IS RECOMMENDED that the case be **DISMISSED** for lack of prosecution.

DATED: March 29, 2002

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge

Under D.Minn. LR 72.1(c)(2) any party may object to this Report and Recommendation by filing with the Clerk of Court, and serving all parties by April 16, 2002, a writing which specifically identifies those portions of this Report to which objections are made and the basis of those objections. Failure to comply with this procedure shall operate as a forfeiture of the objecting party's right to seek review in the Court of Appeals. A party may respond to the objecting party's brief within ten days after service thereof. All briefs filed under this rule shall be limited to ten pages. A judge shall make a de novo determination of those portions to which objection is made.

Filed ______
Richard D. Sletten, Clerk
Judgment Entd. ______
Deputy Clerk ______