UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Mary Jane Greising,

Plaintiff,

v.

Southern Minnesota Legal Services, Inc.,

Defendant.

ORDER

Civil 00-2085 (MJD/JGL)

---

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Base upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceeding herein,

IT IS HEREBY ORDERED THAT:

1. The case is **DISMISSED** for lack of prosecution.

Dated: April 24, 2002

Michael J. Davis

MICHAEL J. DAVIS, Judge
United States District Court

FILED APR 24 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK